IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOPHIA STEWART,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL T. STOLLER, et al.,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:07-cv-552 CW<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Brooke C. Wells |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Brooke C. Wells under 28 U.S.C. § 636(b)(1)(B). On April 11, 2011, the Magistrate Judge issued a Report and Recommendation, recommending that the court grant a motion a motion for summary judgment by Defendant Dean Webb and deem moot a related motion to strike or disregard an affidavit. The R & R warned Plaintiff that if she did not object within 14 days, she would waive her objections.

To date Plaintiff has not objected to the R & R. Accordingly, the court APPROVES and ADOPTS the R & R. Mr. Webb's motion Mr. Webb's motion for summary judgment (Dkt. No 111) is thus GRANTED and his related motion to strike (Dkt. No. 130) is deemed MOOT.

SO ORDERED this 30th day of June, 2011.

BY THE COURT:

_____
Clark Waddoups
United States District Judge