FILED
U.S. DISTRICT COURT

2013 JUN 18  A 10: 17

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOPHIA STEWART,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL T. STOLLER, et al.,<br><br>Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>Case No. 2:07-cv-00552<br><br>District Judge Dee Benson |

Before the court is the Report and Recommendation issued by United States Magistrate Judge Evelyn J. Furse on May 7, 2013 recommending:

1. Defendant Gary Brown's First Motion in Limine be GRANTED. (Dkt. No. 213.)

2. The case against defendant Gary Brown be DISMISSED

The parties were notified of their right to file objections to the Report and Recommendation withing fourteen (14) days after receiving it.  Plaintiff filed an objection thirteen days after service of the magistrate judge's report.

Having reviewed all relevant materials, including plaintiff's objection and the reasoning set forth in the magistrate judge's Report and Recommendation, the court ADOPTS the Report and Recommendation as described above.

It is so ordered.

DATED this 17th day of June, 2013.

                                      BY THE COURT:

                                      _____
                                      HONORABLE DEE BENSON
                                      United States District Court Judge