IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOPHIA STEWART,<br><br>                       Plaintiff,<br><br>v.<br><br>MICHAEL STOLLER, et al.,<br><br>                       Defendants. | **REPORT AND RECOMMENDATION**<br><br>Case No.  2:07-cv-552-DB-EJF<br><br>District Judge Dee Benson<br><br>Magistrate Judge Evelyn J. Furse |

On September 3, 2013, this Court[1] ordered Ms. Stewart to file with the Court a Case Status Report informing the Court of Ms. Stewart's knowledge about Defendant Michael Stoller's bankruptcy proceedings and her intentions to proceed with the case.  (*See* ECF No. 258.)  Ms. Stewart responded by filing a Motion for Judicial Notice, (ECF No. 261), and Status Report and Order to Show Cause, (ECF No. 262).  Ms. Stewart asks this Court to, among other things,[2] take notice of the close of Mr. Stoller's bankruptcy case without discharge and attaches a "Notice of Chapter 7 Case Closed Without Discharge" of Mr. Stoller's bankruptcy in the United States Bankruptcy Court, Central District of California.  Upon review of the record in the bankruptcy, this Court takes judicial notice that the bankruptcy court discharged Ms. Stewart's claim against Mr. Stoller.  Therefore this Court recommends the District Court dismiss the claims against Mr. Stoller.

---

[1] On May 26, 2009, Judge Clark Waddoups referred this case to Chief Magistrate Judge Brooke C. Wells under 28 U.S.C. § 636(b)(1)(B).  (ECF No. 67.)  This referral was reassigned to the undersigned Magistrate Judge on May 21, 2012.  (ECF No. 191.)  Judge Waddoups recused himself on December 13, 2012, and Judge Dee Benson now sits on this case.  (ECF No. 234.)

[2] Ms. Stewart also appears to ask the Court for a hearing on damages and to enter a default judgment against Mr. Stoller.  For the reasons set forth below, these requests are moot.

**DISCUSSION**

**Bankruptcy Court Proceedings**

In response to this Court's request for a Case Status Report informing the Court of Ms. Stewart's knowledge about Mr. Stoller's bankruptcy proceedings, Ms. Stewart filed two documents asking this Court to take judicial notice of the close of Mr. Stoller's bankruptcy case without discharge and enter a default judgment against Mr. Stoller. (*See* ECF Nos. 261, 262.) Ms. Stewart attached to the earlier of these filings a copy of a "Notice of Chapter 7 Case Closed Without Discharge" of Mr. Stoller's bankruptcy. (*See* ECF No. 261 at 12, attached hereto as Ex. A.)

The Court has examined the docket in Mr. Stoller's bankruptcy proceeding in the United States Bankruptcy Court, Central District of California. Examination of the docket shows that while the bankruptcy court did close Mr. Stoller's case without discharge on November 21, 2012, the bankruptcy court re-opened Mr. Stoller's bankruptcy case, on motion, less than a week later, on November 27, 2012.[3] *See* Order Granting Motion to Reopen Case, *In re Stoller*, No. 1:12-bk-14347-MT (Bankr. C.D. Cal. Nov. 27, 2012), ECF No. 57, attached hereto as Ex. B. In his Chapter 7 case, Mr. Stoller identified Ms. Stewart as a creditor holding an unsecured, nonpriority claim. *See* Schedule F, *In re Stoller*, No. 1:12-bk-14347-MT (Bankr. C.D. Cal. May 24, 2012), ECF No. 25, attached hereto as Ex. C. On December 19, 2012, the bankruptcy court entered a Chapter 7 Discharge of Debtor for Mr. Stoller and his joint-debtor wife. Discharge of Debtors, *In re Stoller*, No. 1:12-bk-14347-MT (Bankr. C.D. Cal. Dec. 19, 2012), ECF No. 64,

---

[3] Mr. Stoller apparently failed to file a Certification of Postpetition Instructional Course Concerning Personal Financial Management in a timely manner. Notice of Chapter 7 Case Closed Without Discharge, *In re Stoller*, No. 1:12-bk-14347-MT (Bankr. C.D. Cal. Nov. 21, 2012), ECF No. 54. The order re-opening his bankruptcy case also granted an extension of time during which to file the Certification. Order Granting Motion to Reopen Case, *In re Stoller*, No. 1:12-bk-14347-MT (Bankr. C.D. Cal. Nov. 27, 2012), ECF No. 57.

attached hereto as Ex. D.  The record also shows the Bankruptcy Noticing Center sent Ms.

Stewart notice of Mr. Stoller's Chapter 7 discharge, by first class mail, on December 21, 2012.

*See* BNC Certificate of Notice, *In re Stoller*, No. 1:12-bk-14347-MT (Bankr. C.D. Cal. Dec. 21,

2012), ECF No. 66, attached hereto as Ex. E.  The address listed for Ms. Stewart by the

Bankruptcy Noticing Center is the same address she lists in this case.  Review of the docket does

not show Ms. Stewart filed an adversary proceeding to challenge the dischargeability of Mr.

Stoller's debt.

## Judicial Notice

Federal Rule of Evidence 201 allows federal courts to take judicial notice of adjudicative

facts that "can be accurately and readily determined from sources whose accuracy cannot

reasonably be questioned."  Fed. R. Evid. 201(a), (b)(2).  "Adjudicative facts are simply the facts

of the particular case."  Fed. R. Evid. 201 advisory committee's note.  "'They relate to the

parties, their activities, their properties, their businesses.'"  *Id.* (quoting 2 Administrative Law

Treatise 353 (1958)).  "[F]ederal courts, in appropriate circumstances, may take notice of

proceedings in other courts, both within and without the federal judicial system, if those

proceedings have a direct relation to matters at issue."  *St. Louis Baptist Temple, Inc. v. FDIC*,

605 F.2d 1169, 1172 (10th Cir. 1979) (citations omitted).  Further, Rule 201 authorizes federal

courts to take judicial notice of adjudicative facts *sua sponte*.  Fed. R. Evid. 201(c)(1); *Zimomra*

*v. Alamo Rent-A-Car, Inc.*, 111 F.3d 1495, 1503 (10th Cir. 1997) (noting federal courts may take

judicial notice "in the absence of a request of a party").

In this case, the bankruptcy court proceedings meet the requirements for this Court to take judicial notice. Therefore, the Court grants Ms. Stewart's Motion for Judicial Notice (ECF No. 261) and takes judicial notice[4] of the following facts:

1) The order of the United States Bankruptcy Court, Central District of California, closing Mr. Stoller's bankruptcy case without discharge. Notice of Chapter 7 Case Closed Without Discharge, *In re Stoller*, No. 1:12-bk-14347-MT (Bankr. C.D. Cal. November 21, 2012), ECF No. 54.

2) The order of the United States Bankruptcy Court, Central District of California, reopening Mr. Stoller's bankrtupcy case. Order Granting Motion to Reopen Case, *In re Stoller*, No. 1:12-bk-14347-MT (Bankr. C.D. Cal. Nov. 27, 2012), ECF No. 57.

3) Schedule F, identifying Ms. Stewart as a creditor holding an unsecured, nonpriority claim. Schedule F, *In re Stoller*, No. 1:12-bk-14347-MT (Bankr. C.D. Cal. May 24, 2012), ECF No. 25.

4) The Discharge of Debtor in Mr. Stoller's Chapter 7 bankruptcy. Discharge of Debtors, *In re Stoller*, No. 1:12-bk-14347-MT (Bankr. C.D. Cal. Dec. 19, 2012), ECF No. 64.

5) The Bankruptcy Noticing Center Certificate of Notice reflecting that on December 21, 2012, it sent notice of Mr. Stoller's bankruptcy discharge to Ms. Stewart. BNC Certificate of Notice, *In re Stoller*, No. 1:12-bk-14347-MT (Bankr. C.D. Cal. Dec. 21, 2012), ECF No. 66.

---

[4] Federal Rule of Evidence 201 entitles parties, on request, to an opportunity to be heard "on the propriety of taking judicial notice and the nature of the fact to be noticed." Fed. R. Evid. 201(e). As set forth more fully below, the Court will serve Ms. Stewart with a copy of this Report and Recommendation, and she will have an opportunity to object before the Court.

**Effect of Discharge**

Section 524(a) of the bankruptcy code states that a discharge "voids any judgment at any time obtained, to the extent that such judgment is a determination of the personal liability of the debtor." 11 U.S.C. § 524(a)(1).  Section 524(a) also places an injunction on "an act" to collect the debt.  11 U.S.C. § 524(a)(2).  Under § 524(a), the discharge's protections operate "whether or not discharge of such debt is waived."  *See* 11 U.S.C. § 524(a)(1)–(3).  "Congress designed and intended the permanent injunction to give complete effect to the discharge, . . . to eliminate any doubt concerning the effect of the discharge as a total prohibition on debt collection efforts, . . . and . . . to insure that once a debt is discharged, the debtor will not be pressured in any way to repay it."  *In re Borowski*, 216 B.R. 922, 924 (Bankr. E.D. Mich. 1998) (citation and internal quotation marks omitted).

The Bankruptcy Appellate Panel of the Ninth Circuit has interpreted § 524(a)'s use of "void" to connote the absence of jurisdiction.  *In re Gurrola*, 328 B.R. 158, 164 (B.A.P. 9th Cir. 2005).  In *Dalvit v. United Airlines, Inc.*, the Tenth Circuit recognized that "whether . . . a [bankruptcy] discharge operates as a jurisdictional bar to suit or is merely an affirmative defense that can be waived" "remains an open question."  359 F. App'x 904, 909 (10th Cir. 2009).  Although the Tenth Circuit did not resolve this question in *Dalvit*, it noted in a footnote "that the Supreme Court has recently adopted an amendment to Fed. R. Civ. P. 8, effective December 1, 2009, that eliminates discharge in bankruptcy as an affirmative defense that is waived if not raised."  *Id.* at 909 n.5.  The Tenth Circuit then noted "[t]his amendment is consistent with § 524(a)(1), which voids any judgment on a discharged debt and enjoins any attempt to collect the debt, *whether or not the debtor invokes the discharge*."  *Id.* (emphasis in original).  Based on this case law, this Court finds that bankruptcy discharge acts as a jurisdictional bar to suit.

"'The only manner in which a debtor's personal liability on a pre-petition debt can survive a discharge is through an enforceable reaffirmation agreement between the debtor and creditor pursuant to 11 U.S.C. § 524(c).'" *In re Cruz,* 254 B.R. 801, 813 (Bankr. S.D.N.Y. 2000) (quoting In re Moore, 50 B.R. 301, 302 (Bankr. S.D. Ohio 1985)).  Ms. Stewart has not asserted any reaffirmation agreement between Mr. Stoller and herself.  In light of the above, Mr. Stoller's bankruptcy discharge prohibits Ms. Stewart from collecting or attempting to collect from Mr. Stoller.

Because Mr. Stoller's Chapter 7 discharge effectively acts as a jurisdictional bar to the continuation of Ms. Stewart's claims against him, the undersigned Magistrate Judge recommends the Court dismiss Mr. Stoller as a Defendant in this case.

## RECOMMENDATION

For the reasons set forth above, the undersigned Magistrate Judge RECOMMENDS the District Judge DISMISS Defendant Michael Stoller from this case.

The Court will send copies of this Report and Recommendation to all parties, who are hereby notified of their right to object.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  The parties must file any objection to this Report and Recommendation within fourteen (14) days of service thereof.  *Id.*  Failure to object may constitute waiver of objections upon subsequent review.

DATED this 13th day of December, 2013.

BY THE COURT:

Evelyn J. Furse
United States Magistrate Judge

# Exhibit A

FormCACB 102 (AO:ch7closedwodischarge)
(10/05)

# United States Bankruptcy Court
## Central District Of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

# NOTICE OF CHAPTER 7 CASE CLOSED
# WITHOUT DISCHARGE

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Michael T. Stoller<br>**SSN:** xxx–xx–6136<br>**EIN:** N/A<br>Vanessa Stoller<br>**SSN:** xxx–xx–8488<br>5747 Hoback Glen Road<br>Hidden Hills, CA 91302 | **BANKRUPTCY NO.** 1:12–bk–14347–MT<br>**CHAPTER** 7 |

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: November 21, 2012

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form rev. 10/05) VAN–102 clsnodsc

**54 / RTO**

# Exhibit B

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan (SBN 128500)<br>**KOGAN LAW FIRM, APC**<br>1901 Avenue of the Stars, Suite 1050<br>Los Angeles, California 90067<br>Telephone (310) 432-2310<br>mkogan@koganlawfirm.com<br><br>*Attorney for: Debtor* | **FILED & ENTERED**<br><br>**NOV 27 2012**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY harraway DEPUTY CLERK** |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>MICHAEL T. STOLLER and VANESSA STOLLER<br><br><br>Debtor(s) | CHAPTER: 7<br><br>CASE NO.: 1:12-bk-14347-MT |

## ORDER ON DEBTOR'S MOTION TO REOPEN CASE AND FOR EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

### (For Case Closed Without Entry of Discharge Due to Noncompliance With 11 U.S.C. §§ 727(a)(11) or 1328(g)(1))

The above referenced case having been closed without the entry of a discharge due to noncompliance with 11 U.S.C. §§ 727(a)(11) or 1328(g)(1) attributable to the failure to file Official Form 23, Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management ("OF 23"), and the Debtor(s) having moved to reopen the case pursuant to 11 U.S.C. § 350(b) and F.R.B.P 5010 and for an extension of time under F.R.B.P. 1007(c) to file the OF 23 so that a discharge may be entered, and the Court, having reviewed and considered the motion,

1. ☒ The Court finds cause to reopen the case and to extend the time for the Debtor(s) to file the OF 23. Accordingly, IT IS HEREBY ORDERED that:

   a. The above-entitled bankruptcy case be, and the same is hereby, reopened pursuant to 11 U.S.C. § 350(b) and F.R.B.P. 5010;
   b. A trustee shall not be appointed in this case absent further order from the Court;
   c. The deadline for the Debtor(s) to file the OF 23 is extended 30 days from the date of entry of this order;
   d. If the Debtor(s) is/are otherwise eligible, upon the filing of the OF 23, the clerk shall enter the discharge of the Debtor(s) and close the case; and
   e. In the event the OF 23 is not filed, the case shall be closed immediately after the expiration of thirty days from the date of entry of this order.

2. ☐ IT IS HEREBY ORDERED that the motion is denied without prejudice on the following grounds (specify):
      ☐ See Attached Page

   _____

   _____

*(This Order is continued on the next page.)*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

3. ☐    This matter is set for hearing as follows:

     *Date:*                   *Time:*                   *Ctrm:*

4. ☐    Notice is required as follows *(specify):*    ☐ See Attached Page

_____

_____

5. ☐    The Court Further orders as follows *(specify)*    ☐ See Attached Page

_____

_____

_____

###

DATED: November 27, 2012

_____
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                      Page 2                                      F 5010-1.1O

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER ON DEBTOR'S MOTION TO REOPEN CASE AND FOR EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of November 27, 2012, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

Patti H Bass      ecf@bass-associates.com
Michael S Kogan      mkogan@koganlawfirm.com
Avi Schild      bk@atlasacq.com
United States Trustee (SV)      ustpregion16.wh.ecf@usdoj.gov
Kristin S Webb      bknotice@rcolegal.com
Gilbert B Weisman      notices@becket-lee.com
Angella D Yates      ayates@buchalter.com
Nancy J Zamora (TR)      zamora3@aol.com, nzamora@ecf.epiqsystems.com

☒ Service information continued on attached page

**2.    SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses stated below:

Debtors
Michael T. Stoller
Vanessa Stoller
5747 Hoback Glen Road
Hidden Hills, CA 91302

☒ Service information continued on attached page

**3.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                    Page 3                                                    **F 5010-1.1O**

<u>**VIA US MAIL**</u>

James Bates on behalf of creditor Atkinson-Baker, Inc.
Law Offices of James Bates
2418 Honolulu Ave., Suite J
Montrose, CA 91020

Michael T Harper on behalf of Edward Terino
4264 Overland Ave.
Culver City, CA 90230

Sophia Stewart
POB 31725
Las Vegas, NV 89173

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                        Page 4                                                        **F 5010-1.1O**

# Exhibit C

Michael T. Stoller and Vanessa Stoller,
        Debtor                                                                          Case No.

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claim out priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is creditor, indicate hat by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include tile entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this tot also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim Was Incurred, and Consideration for Claim, if Claim is Subject to Setoff, So State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Last 4 Digits of Account No.<br><br>ABC Legal Services<br>633 Yesler Way<br>Seattle, WA 98104 | x | | Business Debt of APC | | | | 2,164 |
| Last 4 Digits of Account No.<br><br>ADR Services Inc<br>1900 Avenue of the Stars, Ste 250<br>Los Angeles, CA 90067 | x | | Business Debt of APC | | | | 1,067 |

Sheet no. _____1__ of __1_____ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▸
(Total of this page)

3,231

Total ▸
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim was Incurred, and Consideration for Claim, if Claim is Subject to Setoff, so State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Last 4 Digits of Account No.** <br><br> All In One Legal Solutions Inc <br> 6000 E York Blvd, Ste A <br> Los Angeles, CA 90042 | x | | Business Debt of APC | | | | 160 |
| **Last 4 Digits of Account No.  1004** <br><br> American Express <br> Box 0001 <br> Los Angeles, CA 90096-8000 | x | | Business Debt of APC | | | | 50,348 |
| **Last 4 Digits of Account No.  6008** <br><br> American Express <br> Bank of America <br> PO Box 851001 <br> Dallas, TX 75285-1001 | x | | Business Debt of APC | | | | 54,180 |
| **Last 4 Digits of Account No.  0806** <br><br> American Express/Plaza Associates <br> c/o Mann Bracken LLP <br> 2325 Clayton Road <br> Concord, CA 94520 | x | | Business Debt of APC | | | | 14,400 |

Sheet no. ____1____ of ___1___ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▸
(Total of this page)

119,088

Total ▸
(Use only on last page of the completed Schedule F)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

(Report total also on Summary of Schedules)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO. <br> Andrea Lynn Rice APC, Law Offices of 3420 Ocean Park Blvd, Ste 3030 Santa Monica, CA 90405 | x | | BUSINESS DEBT OF APC | | | | 48,435 |
| LAST 4 DIGITS OF ACCOUNT NO. 4278 <br> Bank of America PO Box 301200 Los Angeles, CA 90030-1200 | x | | BUSINESS DEBT OF APC | | | | 15,812 |
| LAST 4 DIGITS OF ACCOUNT NO. 9111 <br> Bank of America PO Box 851001 Dallas, TX 75285-1001 | x | | BUSINESS DEBT OF APC | | | | 23,955 |
| LAST 4 DIGITS OF ACCOUNT NO. 8918 <br> Beverly Wilshire Investment Co Office of the Building 9454 Wilshire Blvd Beverly Hills, CA 90212 | x | | BUSINESS DEBT OF APC | | | | 19,238 |

Sheet no. _____1___ of ___1____ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▶
(Total of this page)

107,440

Total ▶
(Use only on last page of the completed Schedule F)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

(Report total also on Summary of Schedules)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim was Incurred, and Consideration for Claim, if Claim is Subject to Setoff, so State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Last 4 Digits of Account No.  3663<br><br>Bloomingdale's<br>PO Box 183083<br>Columbus, OH 43218 | | | | | | | 3,298 |
| Last 4 Digits of Account No.  2403<br><br>FMS Inc<br>PO Box 707601<br>Tulsa, OK 74170-7601 | | | Collections for Bloomingdale's | | | | 0 |
| Last 4 Digits of Account No.  8457<br><br>Brookenthal, MD, Keith R<br>5353 Balboa Blvd, Ste 202<br>Encino, CA 91316 | | | | | | | 1,189 |
| Last 4 Digits of Account No.  9346<br><br>Byron O Patterson, MD<br>5353 Balboa Blvd, Ste 202<br>Encino, CA 91316 | | | | | | | 206 |

Sheet no. _____I__ of ___I____ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▸
(Total of this page)

4,693

Total ▸
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO.  0369<br><br>Calabasas PC/Steve Wolodkin, Owner<br>7657 Winnetka Ave, Ste 302<br>Winnetka, CA 91306 | x | | BUSINESS DEBT OF APC | | | | 2,050 |
| LAST 4 DIGITS OF ACCOUNT NO.  0965<br><br>Capital One Bank (USA) NA<br>PO Box 71083<br>Charlotte, NC 28272-1083 | | | BUSINESS DEBT OF APC | | | | 3,970 |
| LAST 4 DIGITS OF ACCOUNT NO.  3933<br><br>Capital One Bank (USA) NA<br>PO Box 71083<br>Charlotte, NC 28272-1083 | | | BUSINESS DEBT OF APC | | | | 2,685 |
| LAST 4 DIGITS OF ACCOUNT NO.  0540<br><br>Capital One Bank (USA) N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | | | BUSINESS DEBT OF APC | | | | 12,321 |

Sheet no. _____1__ of __1____ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▶
(Total of this page)

21,026

Total ▶
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Alliance One<br>4850 Street Rd, Ste 300<br>Trevose, PA 19053 | x | | Collections Capital One Bank | | | | 0 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Nelson, Watson & Asscs<br>80 Merrimack St Lower Level<br>Haverhill, MA 01830 | x | | Collections Capital One Bank | | | | 0 |
| LAST 4 DIGITS OF ACCOUNT NO.  4500<br><br>Capital One Bank (USA) N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | x | | BUSINESS DEBT OF APC | | | | 2,007 |
| LAST 4 DIGITS OF ACCOUNT NO.  0965<br><br>Capital One Bank (USA) N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | x | | BUSINESS DEBT OF APC | | | | 4,111 |

Sheet no. _____l__ of ___l____ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▶
(Total of this page)

6,118

Total ▶
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>NCO Financial Systems Inc<br> Prudential Rd<br>Horsham PA 19044 or<br> PO Box 15630 Dept 61, Wilmington DE 19850-5630 | | | Collections Capital One Bank | | | | 0 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>NCO Financial Systems Inc<br>PO Box 15630 Dept 61,<br> Wilmington DE 19850-5630 | | | Collections Capital One Bank | | | | 0 |
| LAST 4 DIGITS OF ACCOUNT NO.  6712<br><br>Cap One Collections<br>Capital One Bank (USA) N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | x | | BUSINESS DEBT OF APC | | | | 2,126 |
| LAST 4 DIGITS OF ACCOUNT NO.  3933<br><br>Capital One Bank (USA) N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | | x | BUSINESS DEBT OF APC | | | | 2,685 |

Sheet no. _____I__ of ___I____ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▸
(Total of this page)

4,811

Total ▸
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Cardready Int'l<br>255 Gold Rivers Court, 3rd Flr<br>Basalt, CO 81621 | x | | BUSINESS DEBT OF APC | | | | 1,172 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Center for Orthopaedic Specialists<br>7301 Medical Center Drive, Ste 400<br>West Hills, CA 91307-1988 | | | | | | | 263 |
| LAST 4 DIGITS OF ACCOUNT NO.  9099<br><br>Chase Bank, USA N.A.<br>PO Box 90414<br>Palatine, IL 60094-4014 | x | | BUSINESS DEBT OF APC | | | | 10,119 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Capital Management Services, LP<br>726 Exchange St, Ste 700<br>Buffalo, NY 14210 | | | Collections for Chase Bank | | | | 0 |

Sheet no. ____1__ of ___1___ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▸
(Total of this page)

11,554

Total ▸
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim was Incurred, and Consideration for Claim, if Claim is Subject to Setoff, so State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Last 4 Digits of Account No. 1559<br><br>Chase Bank, N.A.<br>PO Box 94014<br>Palatine, IL 60094-4014 | x | | Business Debt of APC | | | | 6,184 |
| Last 4 Digits of Account No.<br><br>Pentagroup Financial, LLC<br>PO Box 742209<br>Houston, TX 77274 | | | Collections for Chase Bank | | | | 0 |
| Last 4 Digits of Account No. 0875<br><br>Chase Bank USA, N.A.<br>PO Box 94014<br>Palatine, IL 60094-4014 | x | | Business Debt of APC | | | | 14,080 |
| Last 4 Digits of Account No. 6211<br><br>Chevron and Texaco<br>PO Box 530950<br>Atlanta, GA 30353-0950 | x | | Business Debt of APC | | | | 2,602 |

Sheet no. ____1__ of ___1____ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▸
(Total of this page)

| 22,866 |
|---|

Total ▸
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT No.  4419<br><br>Citibank (S Dakota) NC/CITI<br>PO Box 688901<br>Des Moines, IA 50368-8901 | x | | | | | | 5,834 |
| LAST 4 DIGITS OF ACCOUNT No.<br><br>Associated Recovery Systems<br>PO Box 469046<br>Escondido, CA 92046-9046 | | | Collections for Citibank | | | | 0 |
| LAST 4 DIGITS OF ACCOUNT No.<br><br>City of Beverly Hills<br>Finance Admin, Business Tax, Etc<br>455 N Rexford Dr<br>Beverly Hills, CA 90210-4817 | x | | BUSINESS DEBT OF APC | | | | 5,347 |
| LAST 4 DIGITS OF ACCOUNT No.<br><br>Deluxe For Business<br>PO Box 742572<br>Cincinnati, OH 45274-2572 | x | | BUSINESS DEBT OF APC | | | | 258 |

Sheet no. _____1__ of ___1____ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▶
(Total of this page)

11,439

Total ▶
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO. 0620<br><br>Discover Card<br>PO Box 6103<br>Carol Stream, IL 60197-6103 | x | | BUSINESS DEBT OF APC | | | | 6,457 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Nationwide Credit Inc<br>4700 Vestal Pky E<br>Vestal, NY 13850-3770 | | | Collections for Discover card | | | | 0 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>DHL Express (USA) Inc<br>PO Box 277290<br>Atlanta, GA 30384-7290 | x | | BUSINESS DEBT OF APC | | | | 7 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Dynamic Delivery, Inc<br>1710 N Moorpark Rd #60<br>Thousand Oaks, CA 91360 | x | | BUSINESS DEBT OF APC | | | | 80 |

Sheet no. _____I_ of ___I___ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▶
(Total of this page)

| 6,544 |
|---|

Total ▶
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> Heineman CPA, Linda L <br> 374 S Craig Ave <br> Pasadena, CA 91107 | x | | BUSINESS DEBT OF APC | | | | 5,224 |
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> House Ear Clinic <br> PO Box 2470 <br> Temecula, CA 92593-2470 | | | | | | | 150 |
| LAST 4 DIGITS OF ACCOUNT NO.  4122 <br><br> HSBC Card Services <br> PO Box 17332 <br> Baltimore, MD 21297-1332 | x | | BUSINESS DEBT OF APC | | | | 10,323 |
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> Lindquist & Vennum PLLP <br> 600 17th Street, Ste 1800 South <br> Denver, CO 80202-5441 <br><br> x | | | BUSINESS DEBT OF APC | | | | 619 |

Sheet no. _____l__ of ___l____ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▸
(Total of this page)

| 16,316 |
|---|

Total ▸
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO.  20 & 30<br><br>Dept Store Nat'l Bank/Macy's<br>PO Box 6938<br>The Lakes, NV 88901-6938 | | | | | | | 5,168 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Capital Management Services, LP<br>726 Exchange Street, Ste 700<br>Buffalo, NY 14210 | | | Collections for Macy's | | | | 0 |
| LAST 4 DIGITS OF ACCOUNT NO.  0<br><br>Dept Store Nat'l Bank/Macy's<br>PO Box 6938<br>The Lakes, NV 88901-6938 | | | | | | | 331 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Neiman Marcus<br>PO Box 5235<br>Carol Stream, IL 60197-5235 | | | | | | | 3,040 |

Sheet no. _____1__ of ___1___ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▶
(Total of this page)

8,539

Total ▶
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Nick Rail Music<br>1770 Orange Tree Lane<br>Redlands CA 92374 | | | | | | | 1,199 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>A-1 Collection Services<br>101 Grovers Mill Rd, Ste 303<br>Lawrenceville, NJ 08648-4706 | | | Collection for Nick Rail Music | | | | 0 |
| LAST 4 DIGITS OF ACCOUNT NO. 711<br><br>Nordstrom's FSB<br>PO Box 79134<br>Phoenix, AZ 85062-9134 | | | | | | | 12,253 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Accounts Receivable Mgmt Inc<br>PO Box 129<br>Thorofare, NJ 08086-0129 | | | Collections for Nordstrom's | | | | 0 |

Sheet no. _____1___ of ___1___ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▸
(Total of this page)

| 13,452 |
|---|

Total ▸
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Primary Care Sports Medicine<br>5353 Balboa Blvd, Ste 202<br>Encino, CA 91316 | | | | | | | 206 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Revere & Wallace, Lawyers<br>900 Wilshire Blvd, Ste 730<br>Los Angeles, CA 90017 | x | | BUSINESS DEBT OF APC | | | | 3,313 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Rodale<br>PO Box 6001<br>Emmaus, PA 18098-0001 | | | | | | | 112 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Takhar Collection Services, Ltd<br>537 -1623 Military Rd<br>Niagara Falls, NY 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 | | | Collections for Rodale | | | | 0 |

Sheet no. _____1__ of ___1___ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▶
(Total of this page)

3,631

Total ▶
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> DS Water of N.A. aka Sparkletts <br> 7817 Van Nuys Blvd <br> Van Nuys, CA 91406 <br> c/o Collection Bureau of America | x | | BUSINESS DEBT OF APC | | | | 372 |
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> Safeguard Busness Systems <br> c/o Patrick Niemic <br> 6055 E WashingtonBlvd, Ste 260 <br> Los Angeles, CA 90040 | x | | BUSINESS DEBT OF APC | | | | 135 |
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> Shell <br> PO Box 183018 <br> Columbus, OH 43218-3018 | x | | BUSINESS DEBT OF APC | | | | 321 |
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> Southern California Telephone Co <br> 27515 Enterprise Circle West <br> Temecula. CA 92590 <br><br> x | | | BUSINESS DEBT OF APC | | | | 189 |

Sheet no. ____1__ of ___1___ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▸
(Total of this page)

| 1,017 |
|---|

Total ▸
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim was Incurred, and Consideration for Claim, if Claim is Subject to Setoff, so State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Last 4 Digits of Account No.**<br>Stamps.com<br>Dept 0398<br>PO Box 120398<br>Dallas, TX 75312-0398 | x | | Business Debt of APC | | | | 223 |
| **Last 4 Digits of Account No.**<br>Stanley Golden, DDS Inc<br>11777 San Vicente Suite 521<br>Los Angeles, CA 90049 | | | | | | | 200 |
| **Last 4 Digits of Account No.  4295**<br>Staples Credit Plan<br>c/o Citibank<br>PO Box 689020<br>Des Moines, IA 50368-9020 | x | | Business Debt of APC | | | | 11,530 |
| **Last 4 Digits of Account No.**<br>State Bar of Calif (Discipline fees)<br>180 Howard Street<br>San Francisco, CA 94105-1639 | x | | Business Debt of APC | | | | 8,581 |

Sheet no. _____1_____ of ___1___ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▸
(Total of this page)

20,534

Total ▸
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO.  4227<br><br>Target National Bank<br>PO Box 59317<br>Minneapolis, MN 55459-0317 | x | | BUSINESS DEBT OF APC | | | | 663 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Northland Group Inc<br>PO Box 390846<br>Minneapolis, MN 55459<br>Mail Code T6 | | | Collections for Target | | | | 0 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>The Home Depot<br>PO Box 6028<br>The Lakes, NV 88901-6028 | x | | BUSINESS DEBT OF 500 WHITE LANE | | | | 9,077 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Wells Fargo Financial National Bank<br>800 Walnut St, F4030-04C<br>Des Moines, IA 50309 | x | | BUSINESS DEBT OF APC | | | | 7,170 |

Sheet no. _____1__ of ___1____ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▶
(Total of this page)

16,910

Total ▶
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim was Incurred, and Consideration for Claim, if Claim is Subject to Setoff, so State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Last 4 Digits of Account No.<br><br>Alan F Broidy, APC<br>1925 Century Park East, 17th Fl<br>Los Angeles, CA 90067 | x | | Business Debt of APC | | | | 20,716 |
| Last 4 Digits of Account No.<br><br>Alden Halpern<br>c/o Buchalter Nemer<br>1000 Wilshire Blvd, Ste 1500<br>Los Angeles, CA 90017 | | | Guarantee on 500 White Lane Debt | | | | 1,038,525 |
| Last 4 Digits of Account No. 6948<br><br>American Express<br>PO Box 981537<br>El Paso, TX 79998 | x | | Business Debt of APC | | | | 50,348 |
| Last 4 Digits of Account No. 1007<br><br>American Express<br>c/o NCC a division of Commonwealth Financial Systems, Inc<br>245 Main Street<br>Dickson City, PA 18519-1641 | x | | Business Debt of APC | | | | 3,097 |

Sheet no. _____1__ of __1____ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▶
(Total of this page)

| 1,112,686 |
|---|

Total ▶
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim was Incurred, and Consideration for Claim, If Claim is Subject to Setoff, So State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Last 4 Digits of Account No. <br><br> Apple One Employment <br> c/o Sandra Kuhn McCormack, <br> Attorney at Law <br> 5330 Office Center Court, Suite C <br> Bakersfield, CA 93309 | | | **500 White Lane debt** | | | | 32,973 |
| Last 4 Digits of Account No. <br><br> Atkinson-Baker, Inc <br> c/o Law Offices of James W Bates, APC <br> 2418 Honolulu Avenue, Suite J <br> Montrose, CA 91020 | x | | Business Debt of APC | | | | 12,327 |
| Last 4 Digits of Account No. 9111 <br><br> Bank of America Credit Card <br> c/o National Enterprise Systems <br> 29125 Solon Road <br> Solon, OH 44139-3442 | x | | Business Debt of APC | | | | 24,174 |
| Last 4 Digits of Account No. <br><br> Audrey Stoller <br> 5660 Collins Ave, Apt A-19 <br> Miami Beach, FL 33140 | x | | Business Debt of APC | | | | 90,000 |

Sheet no. _____1____ of ___1____ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▸
(Total of this page)

159,474

Total ▸
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim was Incurred, and Consideration for Claim, if Claim is Subject to Setoff, so State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Last 4 Digits of Account No.  4278 <br><br> Bank of America WorldPoints <br> PO Box 301200 <br> Los Angeles, CA 90030-1200 | x | | Business Debt of APC | | | | 15,812 |
| Last 4 Digits of Account No. <br><br> Bernard Lavitch <br> 9800 Topanga Canyon Blvd, Ste 200D <br> Chatsworth, CA 91311 | x | | Business Debt of APC | | | | 16,000 |
| Last 4 Digits of Account No. <br><br> Butler, Rubin, Saltarelli & Boyd, LLP <br> 70 West Madison St, Ste 1800 <br> Chicago, IL 60602 | x | | Business Debt of APC | | | | 29,306 |
| Last 4 Digits of Account No. <br><br> Byron C Lee <br> 24217 Mariano St <br> Woodland Hills, CA 91367 | | | | | | | 7,500 |

Sheet no. _____1__ of __1____ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▸
(Total of this page)

68,618

Total ▸
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>David Ealy<br>c/o National Foreclosure Relief Inc<br>10120 Eastern Ave, # 200<br>Henderson, NV 89052 | x | | BUSINESS DEBT OF APC | | | | 20,000 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>David Singer<br>c/o 1130 Cleveland St, Ste 210<br>Clearwater, FL 33755 | x | | BUSINESS DEBT OF APC | | | | 45,000 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>DCFS Trust (Mercedes-Benz)<br>c/o Hunt & Henriques, Attorneys at Law<br>151 Bernal Rd, Ste 8<br>San Jose, CA 95119-1306 | x | | BUSINESS DEBT OF APC | | | | 44,956 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Douglas A Crowder<br>350 S Figueroa Street, Ste 190<br>Los Angeles, CA 90071 | x | | BUSINESS DEBT OF APC | | | | 119,229 |

Sheet no. _____1__ of ___1____ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▸
(Total of this page)

229,185

Total ▸
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO. First Regional Bank 1801 Century Park East Los Angeles, CA 90067 | | | Guarantee on 500 White Lane - judgment | | | | 3,393,006 |
| LAST 4 DIGITS OF ACCOUNT NO. Gary & Debra Cusano 23932 Hamlin St West Hills, CA 91307 | x | | BUSINESS DEBT OF APC | | | | 62,500 |
| LAST 4 DIGITS OF ACCOUNT NO. Harold Stoller 800 NE 195 St #302 N Miami Beach, FL 33179 | x | | BUSINESS DEBT OF APC | | | | 40,000 |
| LAST 4 DIGITS OF ACCOUNT NO. HERB ZERDEN 13100 56TH COURT, STE 705 CLEARWATER, FL 33760 | x | | BUSINESS DEBT OF APC | | | | 60,000 |

Sheet no. _____1__ of __1____ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▶
(Total of this page)

3,555,506

Total ▶
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim was Incurred, and Consideration for Claim, if Claim is Subject to Setoff, so State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Last 4 Digits of Account No.<br><br>Hoffman & Pomerantz LLP<br>c/o Judicial Assertion Systems, Inc<br>a dba of Morrow & Associates<br>2625 Towngate Road, Ste 330<br>Westlake Village, CA 91361 | x | | Business Debt of APC | | | | 24,062 |
| Last 4 Digits of Account No.<br><br>Household Finance Corp of Calif<br>c/o Bishop, White & Marshall, PS<br>1355 Willow Way, Ste 254<br>Concord, CA 94520 | | | | | | | 3,146 |
| Last 4 Digits of Account No.<br><br>HSBC Bank Nevada, NA<br>c/o Hunt & Henriques, Attorneys at Law<br>151 Bernal Road, Ste 8<br>San Jose, CA 95119-1306 | x | | Business Debt of APC | | | | 3,692 |
| Last 4 Digits of Account No.<br><br>Keith R Brookenthal, MD<br>5353 Balboa Blvd, Ste 202<br>Encino, CA 91316 | | | | | | | 1,190 |

Sheet no. _____I_ of ___I___ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▶
(Total of this page)

32,090

Total ▶
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
                     Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT No.<br><br>Legal Document Management Inc<br>79 West Monroe Street, Ste 1020<br>Chicago, IL 60603 | x | | BUSINESS DEBT OF APC | | | | 115 |
| LAST 4 DIGITS OF ACCOUNT No.<br><br>Lewis & Roca LLP<br>40 North Central Ave<br>Phoenix, AZ 85004 | x | | BUSINESS DEBT OF APC | | | | 23,820 |
| LAST 4 DIGITS OF ACCOUNT No.<br><br>Lexus Financial Services/Toyota Motors<br>225 W Hillcrest Dr Ste 4<br>Thousand Oaks, CA 91360 | | | | | | | 5,589 |
| LAST 4 DIGITS OF ACCOUNT No.<br><br>Minnesota, State of<br>Office of Attorney General<br>445 Minnesota St, Ste 1400<br>St Paul, MN 55101-2131 | x | | BUSINESS DEBT OF APC | | | | 26,000 |

Sheet no. _____1__ of ___1____ sheets attached to Schedule of Creditors
                  Holding unsecured Claims

Subtotal ▶                      | 55,524 |
(Total of this page)

Total ▶
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO. | x | | BUSINESS DEBT OF APC | | | | 14,400 |
| Plaza Associates (Amex 03008) c/o Mann Bracken LLP, Attorneys in Practice of Debt Collection 2325 Clayton Road Concord, CA 94520 | | | | | | | |
| LAST 4 DIGITS OF ACCOUNT NO. | x | | BUSINESS DEBT OF APC | | | | 75,000 |
| Maria T Saldarriaga c/o A Child 957 N Bronson Ave #112 Los Angeles, CA 90068 | | | | | | | |
| LAST 4 DIGITS OF ACCOUNT NO. | x | | BUSINESS DEBT OF APC | | | | 82,593 |
| Mercedes-Benz Financial PO Box 9001680 Louisville, KY 40290-1680 | | | | | | | |
| LAST 4 DIGITS OF ACCOUNT NO. | | | BUSINESS DEBT OF APC | | | | 10,000 |
| Michael Ross c/o Total Management Inc 4891 Carson Place Burnaby, British Columbia, Canada V51 2Y6 | x | | | | | | |

Sheet no. _____1__ of ___1____ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▸
(Total of this page)

181,993

Total ▸
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim Was Incurred, and Consideration for Claim, if Claim is Subject to Setoff, so State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Last 4 Digits of Account No.<br><br>Middleton Security Service<br>c/o Stacy H Bowman, Inc<br>2032 17th Street<br>Bakersfield, CA 93301 | x | | Business Debt of APC | | | | 8,700 |
| Last 4 Digits of Account No.<br><br>Nancy A Greenlee, Attorney at Law<br>821 East Fern Drive North<br>Phoenix, AZ 85014 | x | | Business Debt of APC | | | | 3,100 |
| Last 4 Digits of Account No.<br><br>Pam Pearson<br>3025 Jolley Drive<br>Burbank, CA 91504 | x | | Business Debt of White Lane and Personal Guarantee | | | | 450,000 |
| Last 4 Digits of Account No.<br><br>Pitney Bowes Purchase Power<br>The Pitney Bowes Bank<br>PO Box 856042<br>Louisville, KY 40285-6042 | x | | Business Debt of APC | | | | 2,987 |

Sheet no. _____1__ of __1____ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▶
(Total of this page)

464,787

Total ▶
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Robert F Katz, MD<br>8920 Wilshire Blvd, Ste 511<br>Beverly Hills, CA 90211 | | | | | | | 700 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Laboratory Corporation of America Holdings<br>PO Box 2240<br>Burlington, NC 27216-2240 | | | | | | | 84 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Los Angeles Times<br>c/o Merchants' Credit Guide Co<br>223 W Jackson Blvd<br>Chicago, IL 60606 | | | | | | | 25 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Los Robles Hospital & Medical Center<br>PO Box 740766<br>Cincinnati, OH 45274-0766 | | | | | | | 327 |

Sheet no. _____1__ of ___1____ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▶
(Total of this page)

1,136

Total ▶
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor                                                                                    Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> Lotter, Robert <br> 6 Upper Newport Plaza <br> Newport Beach, CA 92660 | x | | BUSINESS DEBT OF APC | | | | 270,000 |
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> Robertson B Cohen <br> c/o Cohen & Cohen PC <br> 1720 S Bellaire St, # 205 <br> Denver, CO 80222 | x | | BUSINESS DEBT OF APC | | | | 3,500 |
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> Saks Fifth Ave <br> Vions Holdings LLC <br> c/o Legal Recovery Offices, Inc <br> 5030 Camino de la Siesta Ste 340 <br> San Diego, CA 92108 | | | | | | | 4,107 |
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> Sophia Stewart <br> PO Box 31725 <br> Las Vegas, NV | x | | Sophia Stewart v. Michael T. Stoller, Jonathan Lubell, Gary Brown, and DOES I through X, individuals whose identities are not yet known | x | x | x | 0 |

Sheet no. _____ I __ of __ I ____ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▸
(Total of this page)

277,607

Total ▸
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> Small Business Administration <br> 801 Tom Martin Drive, Ste 120 <br> Birmingham, AL 35211 | x | | BUSINESS DEBT OF APC | | | | 44,744 |
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> Union Bank Cash Reserve Line of Credit <br> Beverly Hills Private Bank Reg. Office 478 <br> PO Box 513840 <br> Los Angeles, CA 90051-2840 | x | | BUSINESS DEBT OF APC | | | | 2,500 |
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> Union Bank Special Assets Unit <br> 8155 Mercury Court <br> San Diego, CA 92111 | x | | BUSINESS DEBT OF APC | | | | 17,208 |
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> Wm. Gregory Polster <br> c/o Daniel J Horwitz, APC <br> 110 West C Street, Ste 913 <br> San Diego, 92101 | x | | BUSINESS DEBT OF APC | | | | 890 |

Sheet no. _____1_ of __1___ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▸
(Total of this page)

65,342

Total ▸
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> Ed Terino <br> 327 So. Moorpark Road <br> Thousand Oaks, CA 91361 | X | | Partners with Debtor on 500 White Lane | x | x | x | 0 |
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> Robert Hernandez <br> 622 E. Villa St. <br> Pasadena, CA | X | | Partners with Debtor on 500 White Lane | x | x | x | 0 |
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> RICHARD BISHOP <br> 1650 CANOPY OAKS BLVD. <br> PALM HARBOR, FL 34683 | X | | Former business associate | x | x | x | 0 |
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> James W. Bates, Law Offices of James W. Bates, APC, 2418 Honolulu Ave., Suite J, Montrose, CA 91020 | X | | Atkinson-Baker, Inc., a California Corp. v. Michael T. Stoller, an individual dba Law Offices of Michael T. Stoller; Michael T. Stoller, APC | | | | 0 |

Sheet no. _____1__ of ___1____ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▸
(Total of this page)

Total ▸
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> John D. Guerrini <br> THE GUERRINI LAW FIRM <br> 750 East Green Street, Suite 200 <br> Pasadena, California 91101 | X | | Butler, Rubin, Saltarelli & Boyd, LLP v. Michael T. Stoller, an individual; Mortgage Assistance Solutions, LLC, a Limited Liability Company, aka Mortgage Assistance Solution | X | X | X | 0 |
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> Douglas A. Crowder <br> 350 S. Figueroa Street, Suite 190 <br> Los Angeles, CA 90071 | X | | Doug Crowder v. Michael T. Stoller | X | X | X | 0 |
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> Lester Winograde <br> Law Offices of Lester Winograde <br> 139 Hollister Avenue, Suite 5 <br> Santa Monica, CA 90405 | X | | Gary Cusano & Debra Cusano v. Michael Stoller | X | X | X | 0 |
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> Barbara Louise Bollero <br> Bishop, White, Marshall, Weibel, P.S. <br> 720 Olive Way, Suite 1201 <br> Seattle, Washington 98101 | X | | Household Finance Corporation of California v. Michael T. Stoller | X | X | X | 0 |

Sheet no. _____1__ of ___1___ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim was Incurred, and Consideration for Claim, if Claim is Subject to Setoff, so State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Last 4 Digits of Account No.<br><br>Michael T. Harper<br>Law Offices of Michael T. Harper<br>28047 Dorothy Drive, Suite 303<br>Agoura Hills, CA 91301 | X | | Edward O. Terino v. Michael T. Stoller; Tycoon Investments, Inc.; and, Does 1 to 25, inclusive | X | X | X | 0 |
| Last 4 Digits of Account No.<br><br>Allstar Messenger & Attorney Service<br>1524 Pizzaro St.<br>Los Angeles, CA 90026 | x | | Business Debt of APC | | | | 2,850 |
| Last 4 Digits of Account No. 11328 & 11203<br><br>Asset Acceptance LLC<br>PO Box 1630<br>Warren, MI 48090-1630 | x | | Business Debt of APC | | | | 10,458 |
| Last 4 Digits of Account No. 01AX215625<br><br>Axis Reinsurance Co<br>c/o Arrowhead General Insurance Agency<br>430 Park Avenue, 4th Flr<br>New York, NY 10022 | | x | Business Debt of APC | | | | 1,732 |

Sheet no. _____1_ of __1__ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▸
(Total of this page)

15,040

Total ▸
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim Was Incurred, and Consideration for Claim, if Claim is Subject to Setoff, so State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Last 4 Digits of Account No.  01AX215625<br><br>Axis Reinsurance Co<br>c/o Arrowhead General Insurance Agency<br>PO Box 9062<br>Carlsbad, CA 92018-9062 | x | | duplicate | | | | 0 |
| Last 4 Digits of Account No.<br><br>Calabasas Country Club<br>4515 Park Entrada<br>Calabasas, CA 91302 | | | | | | | 4,061 |
| Last 4 Digits of Account No.  2887<br><br>CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117 | x | | Business Debt of APC | | | | 9,077 |
| Last 4 Digits of Account No.<br><br>Dianne C Kerns, Chapter 13 Trustee<br>7320 N Lacholla Blvd, #154-413<br>Tucson, AZ 85741 | x | | Business Debt | | | | 28,800 |

Sheet no. _____1__ of ___1____ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▶
(Total of this page)

41,938

Total ▶
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> Edward J Maney, Esq<br>Chapter 13 Trustee<br>PO Box 10434<br><br>Phoenix, AZ 85064 | x | | BUSINESS DEBT | | | | 35,300 |
| LAST 4 DIGITS OF ACCOUNT NO. 36653 & 543<br><br>Equable Ascent Fncl LLC (Chase Bank)<br>1120 W Lake Cook Rd<br>Suite B<br>Buffalo Grove, IL 60089 | x | | BUSINESS DEBT OF APC | | | | 15,672 |
| LAST 4 DIGITS OF ACCOUNT NO. 8177-7<br><br>Federal Express<br>PO Box 7221<br>Pasadena, CA 91109-7321 | x | | BUSINESS DEBT OF APC | | | | 730 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Ilene J Lashinsky<br>US Trustee for District of Arizona<br>Office of the United States Trustee<br>230 N First Avenue, Ste 204<br>Phoenix, AZ 85003-1706 | x | | BUSINESS DEBT | | | | 21,000 |

Sheet no. _____1__ of ___1___ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▶
(Total of this page)

| 72,702 |

Total ▶
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim was Incurred, and Consideration for Claim, if Claim is Subject to Setoff, So State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Last 4 Digits of Account No.<br><br>Iron Mountain Storage<br>PO Box 601002<br>Los Angeles, CA 90060-1002 | x | | Business Debt of APC | | | | 3,347 |
| Last 4 Digits of Account No.<br><br>Kelly Camille Sirkus<br>29336 Lard Drive<br>Agoura Hills, CA 91301 | | | Auto accident claim<br>Contingent disputed | x | x | x | 10,000 |
| Last 4 Digits of Account No.<br><br>LVNV Funding LLC<br>PO Box 740281<br>Houston, TX 77274 | x | | Business Debt of APC | | | | 1,700 |
| Last 4 Digits of Account No.<br><br>M Leonard & Assocs (Arash Nourparvar MD)<br>14520 Erwin St<br>Van Nuys, CA 91411-2340 | | | | | | | 1.464 |

Sheet no. _____1__ of ___1____ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▶
(Total of this page)

16,511

Total ▶
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Majid Tabibzadeh<br>c/o Legal Consultant Services, LLC<br>1025 N Brand Blvd, Ste 225<br>Glendale, CA | x | | BUSINESS DEBT OF APC | | | | 10,000 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Now Messenger Service, SFV<br>6047 Tampa Avenue #303<br>Tarzana, CA 91356 | x | | BUSINESS DEBT OF APC | | | | 1,923 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Ocean Financial Holdings, Inc<br>c/o Legal Consultant Services, LLC<br>1025 N Brand Blvd, Ste 225<br>Glendale, CA | x | | BUSINESS DEBT OF APC | x | x | x | 20,000 |
| LAST 4 DIGITS OF ACCOUNT NO.<br><br>Pacer Service Center<br>Pacer service Center<br>PO Box 277773<br>Atlanta, GA 30384-7773<br><br>x | | | BUSINESS DEBT OF APC | | | | 1,335 |

Sheet no. _____1_ of __1___ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▶
(Total of this page)

| 33,258 |
|---|

Total ▶
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> Professional Collection <br> PO Box 45274 <br> Los Angeles, CA 90045 | x | | BUSINESS DEBT OF APC | | | | 14,392 |
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> Russell Brown, Chapter 13 Trustee <br> Scott A Laske, Esq, Staff Attorney for <br> Chapter 13, Trustee <br> 3838 N Central Ave, Ste 800 <br><br> Phoenix, AZ 85012 | x | | BUSINESS DEBT | | | | 35,400 |
| LAST 4 DIGITS OF ACCOUNT NO. <br><br> Lauren Reichenberg <br> P. O. Box 10865 <br> Glendale, CA  91209 | x | | BUSINESS DEBT OF 500 WHITE LANE LLP | x | x | x | 25,000 |
| LAST 4 DIGITS OF ACCOUNT NO. | | | | | | | |

Sheet no. _____1__ of ___1___ sheets attached to Schedule of Creditors
Holding unsecured Claims

| | |
|---|---|
| Subtotal ▸ <br> (Total of this page) | 74,792 |
| Total ▸ <br> (Use only on last page of the completed Schedule F) | 6,857,398 |

(Report total also on Summary of Schedules)

Michael T. Stoller and Vanessa Stoller,
Debtor

Case No.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST 4 DIGITS OF ACCOUNT NO. | | | | | | | |
| LAST 4 DIGITS OF ACCOUNT NO. | | | | | | | |
| LAST 4 DIGITS OF ACCOUNT NO. | | | | | | | |
| LAST 4 DIGITS OF ACCOUNT NO. | | | | | | | |

Sheet no. _____1__ of ___1____ sheets attached to Schedule of Creditors
Holding unsecured Claims

Subtotal ▸
(Total of this page)

Total ▸
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

# Exhibit D

B18 (Official Form 18)(12/11)

# United States Bankruptcy Court
## Central District Of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**                    **BANKRUPTCY NO.** 1:12–bk–14347–MT
Michael T. Stoller

**CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–6136
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 12/19/12


**JOINT DEBTOR INFORMATION:**
Vanessa Stoller


**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–8488
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Discharge Date:** 12/19/12
**Address:**
5747 Hoback Glen Road
Hidden Hills, CA 91302

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.



BY THE COURT,

Dated: December 19, 2012                    **Kathleen J. Campbell**
                                            Clerk of the Court

_____

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social–security numbers or individual taxpayer–identification numbers.*

(Form b18–DIS Rev. 12/2011) VAN–30                                        64 / MSI

B18 (Official Form 18) Cont.
Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

**Exhibit E**

United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 12-14347-MT
Michael T. Stoller                                                    Chapter 7
Vanessa Stoller
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0973-1        User: msaunders        Page 1 of 6        Date Rcvd: Dec 19, 2012
                           Form ID: b18           Total Noticed: 184


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2012.
```
db/jdb      +Michael T. Stoller,   Vanessa Stoller,    5747 Hoback Glen Road,   Hidden Hills, CA 91302-1229
aty         +Kogan Law Firm, APC,   1901 Avenue of the Stars, Suite 1050,   Los Angeles, ca 90067-6036
smg          Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA 90053-0200
cr          +Capital One, N.A.,   Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
cr           Toyota Motor Credit Corporation,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA  19355-0701
32100332     A-1 COLLECTION SERVICES,   101 GROVERS MILL RD STE 303,   LAWRENCEVILLE NJ  08648-4706
32100245    +ABC LEGAL SERVICES,   633 YESLER WAY,   SEATTLE WA 98104-2725
32100334     ACCOUNTS RECEIVABLE MGMT INC,   PO BOX 129,   THOROFARE NJ  08086-0129
32100246    +ADR SERVICES INC,   1900 AVENUE OF THE STARS STE 250,   LOS ANGELES CA 90067-4304
32100247    +ALL IN ONE LEGAL SOLUTIONS INC,   6000 E YORK BLVD STE A,   LOS ANGELES CA 90042-3504
32100248    +ALLSTAR MESSENGER AND ATTORNEY SERVICE,   1524 PIZZARO ST,   LOS ANGELES CA 90026-5021
32100250     AMERICAN EXPRESS,   BANK OF AMERICA,   PO BOX 851001,   DALLAS TX  75285-1001
32100251    +AMERICAN EXPRESS/PLAZA ASSOCIATES,   C/O MANN BRACKEN LLP,   2325 CLAYTON ROAD,
             CONCORD CA 94520-2104
32100252    +ANDREA LYNN RICE APC LAW OFFICES OF,   3420 OCEAN PARK BLVD STE 3030,
             SANTA MONICA CA 90405-3337
32100255     AXIS REINSURANCE CO,   C/O ARROWHEAD GENERAL INSURANCE AGENCY,   PO BOX 9062,
             CARLSBAD CA  92018-9062
32100254    +AXIS REINSURANCE CO,   C/O ARROWHEAD GENERAL INSURANCE AGENCY,   430 PARK AVENUE 4TH FLR,
             NEW YORK NY 10022-3505
31905449    +Alan Broidy,   1925 Century Park East,   17th Floor,   Los Angeles, CA 90067-2701
31905498     Alden Halpern,   3876 Vail Ave,   Commerce, CA 90040
31905450    +Alden Halpern,   c/o Buchalter Neimer,   1000 Wilshire Blvd  Ste 1500,
             Los Angeles, CA 90017-1730
31905453     American Express,   c/o NCC,   245 Main Street,   Dickson City, PA 18519-1641
31905451     Americas Servicing Co,   P.O. Box 10328,   Des Moines, IA 50306-0328
31905454    +Apple One Employment,   c/o Sandra Kuhn McCormack,   5330 Office Center Court  Suite C,
             Bakersfield, CA 93309-1561
31905455    +Atkinson-Baker Inc.,   c/o Law Offices James W. Bates,   2418 Honolulu Avenue  Suite J,
             Montrose, CA 91020-1842
32100256    +BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
32100371    +BARBARA LOUISE BOLLERO,   BISHOP WHITE MARSHALL WEIBEL PS,   720 OLIVE WAY SUITE 1201,
             SEATTLE WA 98101-3809
32100259    +BARKLEY COURT REPORTERS,   FILE #50217,   LOS ANGELES CA 90074-0001
32100260    +BEVERLY WILSHIRE INVESTMENT CO,   OFFICE OF THE BUILDING,   9454 WILSHIRE BLVD,
             BEVERLY HILLS CA 90212-2931
32100264    +BYRON C LEE,   24217 MARIANO ST,   WOODLAND HILLS CA 91367-5745
32100265    +BYRON O PATTERSON MD,   5353 BALBOA BLVD STE 202,   ENCINO CA 91316-2889
31905460    +Bernard Lavitch,   9800 Topanga Canyon Blvd Ste 2000,   Chatsworth, CA 91311-4076
31905461    +Butler Rubin Saltarelli & Boyd LLP,   70 West Madison St Ste 1800,   Chicago, IL 60602-4257
32100266    +CALABASAS COUNTRY CLUB,   4515 PARK ENTRADA,   CALABASAS CA 91302-1469
32100268    +CALABASAS PC/STEVE WOLODKIN OWNER,   7657 WINNETKA AVE STE 302,   WINNETKA CA 91306-2677
32520345    +CALIF LIEN SERVS,   HIDDEN HILLS HOA,   11054 VENTURA BLVD BOX 342,   STUDIO CITY CA 91604-3546
32100270     CAP ONE COLLECTIONS,   CAPITAL ONE BANK USA NA,   PO BOX 71083,   CHARLOTTE NC  28272-1083
32100274    +CARDREADY INT1,   255 GOLD RIVERS COURT 3RD FLR,   BASALT CO 81621-9257
32100276    +CBNA,   PO BOX 6497,   SIOUX FALLS SD 57117-6497
32100277     CENTER FOR ORTHOPAEDIC SPECIALISTS,   7301 MEDICAL CENTER DRIVE STE 400,
             WEST HILLS CA  91307-1988
32100285     CITIBANK S DAKOTA NC/CITI,   PO BOX 688901,   DES MOINES IA  50368-8901
32100288    +CITY OF BEVERLY HILLS,   PARKING VIOLATIONS BUREAU,   PO BOX 515257,   LOS ANGELES CA  90051-6557
32100289     CITY OF BEVERLY HILLS,   FINANCE ADMIN BUSINESS TAX ETC,   455 N REXFORD DR,
             BEVERLY HILLS CA  90210-4817
32100290    +CITY OF LOS ANGELES,   PARKING VIOLATIONS BUREAU,   PVB PAYMENTS,   PO BOX 30420,
             LOS ANGELES CA 90030-0420
32100291    +CITY OF MOORPARK,   FINANCE DEPT,   799 MOORPARK AVE,   MOORPARK CA 93021-1136
32100292     CITY OF SANTA MONICA,   PO BOX 515213,   LOS ANGELES CA  90051-6513
32100293    +COUNTY OF LOS ANGELES,   DEPT OF TREASURER AND TAX COLLECTOR,   225 NORTH HILL ST RM 122,
             PO BOX 514818,   LOS ANGELES CA 90051-4818
31905465    +DCFS Trust (Mercedes Benz),   c/o Hunt & Henriques,   151 Bernal Rd  Ste 8,
             San Jose, CA 95119-1306
32100294     DELUXE FOR BUSINESS,   PO BOX 742572,   CINCINNATI OH  45274-2572
32100297     DHL EXPRESS USA INC,   PO BOX 277290,   ATLANTA GA  30384-7290
32100298    +DIANNE C KERNS CHAPTER 13 TRUSTEE,   7320 N LACHOLLA BLVD 154-413,   TUCSON AZ 85741-2309
32100369     DOUGLAS A CROWDER,   3S0 S FIGUEROA STREET SUITE 190,   LOS ANGELES CA  90071
32100301    +DS WATER OF NA AKA SPARKLETTS,   7817 VAN NUYS BLVD,   VAN NUYS CA 91402-6007
32100303    +DYNAMIC DELIVERY INC,   1710 N MOORPARK RD 60,   THOUSAND OAKS CA 91360-5133
31905463    +David Ealy,   c/o National Foreclosure Relief Inc,   10120 Eastern Ave  #200,
             Henderson, NV 89052-3926
31905464    +David Singer,   c/o 1130 Cleveland St  Ste 210,   Clearwater, FL 33755-4834
32100304    +EDWARD J MANEY ESQ,   CHAPTER 13 TRUSTEE,   PO BOX 10434,   PHOENIX AZ 85064-0434
32100306    +EQUABLE ASCENT FNCL LLC CHASE BANK,   1120 W LAKE COOK RD,   SUITE B,
             BUFFALO GROVE IL 60089-1970
```

District/off: 0973-1          User: msaunders          Page 2 of 6          Date Rcvd: Dec 19, 2012
                              Form ID: b18             Total Noticed: 184

```
32100307     FEDERAL EXPRESS,   PO BOX 7221,   PASADENA CA  91109-7321
32100263     FMS INC,   PO BOX 707601,   TULSA OK  74170-7601
31905467    +First Regional Bank,   1801 Century Park East,   Los Angeles, CA 90067-2310
32100308    +GREENTREE AND ASSOCIATES,   PO BOX 3417,   ESCONDIDO CA 92033-3417
31905468    +Gary & Debra Cusano,   23932 Hamlin St,   West Hills, CA 91307-3123
32100309    +HEINEMAN CPA LINDA L,   374 S CRAIG AVE,   PASADENA CA 91107-5001
32100310    +HERB ZERDEN,   13100 56TH COURT STE 705,   CLEARWATER FL 33760-4021
32100312    +HIDDEN HILLS COMMUNITY ASSN,   C/O K CADY CALIF LIEN SERV AUTHORIZED AG,
              11054 VENTURA BLVD BOX 342,   STUDIO CITY CA 91604-3546
32100311    +HIDDEN HILLS COMMUNITY ASSN,   24549 LONG VALLEY RD,   HIDDEN HILLS CA 91302-1299
31905472     HSBC Bank Nevada NA,   c/o Hunt & Henriques,   151 Bernal Road  Ste 8,   San Jose, CA 95119-1306
31905469    +Harold Stoller,   800 NE 195 St  #302,   N Miami Beach, FL 33179-3416
31905470    +Hoffman & Pomerantz LLP,   c/o Judicial Assertion Systems,   2625 Towngate Road  Ste 330,
              Westlake Village, CA 91361-5749
31905471    +Household Finance Corp of Calif,   c/o Bishop White & Marshall PS,   1355 Willow Way  Ste 254,
              Concord, CA 94520-5755
32100315    +ILENE J LASHINSKY,   US TRUSTEE FOR DISTRICT OF ARIZONA,   OFFICE OF THE UNITED STATES TRUSTEE,
              230 N FIRST AVE STE 204,   PHOENIX AZ 85003-1725
32100316     IRON MOUNTAIN STORAGE,   PO BOX 601002,   LOS ANGELES CA  90060-1002
32100367    +JAMES W BATES,   LAW OFFICES OF JAMES W BATES APC,   2418 HONOLULU AVE SUITE J,
              MONTROSE CA 91020-1842
32100368     JOHN D GUERRINI,   THE GUERRINI LAW FIRM,   7S0 EAST GREEN STREET SUITE 200,   PASADENA CA  91101
32100317    +KELLY CAMILLE SIRKUS,   29336 LARD DRIVE,   AGOURA HILLS CA 91301-1608
31905473    +Kieth R. Brookenthal MD,   5353 Balboa Blvd  Ste 202,   Encino, CA 91316-2889
32100370    +LESTER WINOGRADE,   LAW OFFICES OF LESTER WINOGRADE,   139 HOLLISTER AVENUE SUITE S,
              SANTA MONICA CA 90405-3585
32100319    +LEXUS FINANCIAL SERVICES/TOYOTA MOTORS,   225 W HILLCREST DR STE 4,   THOUSAND OAKS CA 91360-7883
32100320     LINDQUIST AND VENNUM PLLP,   600 17TH STREET STE 1800 SOUTH,   DENVER CO  80202-5441
31905486     Laboratory Corporation of America Holdings,   PO Box 2240,   Burlington, NC 27216-2240
31905497    +Lauren Reichenberg,   P. O. Box 10865,   Glendale, CA 91209-3865
31905474    +Legal Document Management Inc,   79 West Monroe Street  Ste 1020,   Chicago, IL 60603-4964
31905475    +Lewis & Roca LLP,   40 North Central Ave,   Phoenix, AZ 85004-4446
31905487     Los Angeles County Tax Collector,   PO Box 54027,   Los Angeles, CA 90054-0027
31905488    +Los Angeles Times,   c/o Merchants Credit Guide Co,   223 W Jackson Blvd,
              Chicago, IL 60606-6908
31905489     Los Robles Hospital & Medical Center,   PO Box 740766,   Cincinnati, OH 45274-0766
32100322     M LEONARD AND ASSOCS AGOURA ANIMAL CLINIC,   14520 ERWIN ST,   VAN NUYS CA  91411-2340
32100323    +MAJID TABIBZADEH,   C/O LEGAL CONSULTANT SERVICES LLC,   1025 N BRAND BLVD STE 225,
              GLENDALE CA 91202-3641
32100324    +MB FIN SVCS,   36455 CORPORATE DR,   FARMINGTON HILLS MI 48331-3552
32100326    +MEDICREDIT,   1801 CALIFORNIA AVE,   CORONA CA 92881-7251
32100327    +MERCURY CASUALTY INSURANCE AUTO,   PO BOX 11991,   SANTA ANA CA 92711-1991
32100372    +MICHAEL T HARPER,   LAW OFFICES OF MICHAEL T HARPER,   28047 DOROTHY DRIVE SUITE 303,
              AGOURA HILLS CA 91301-4933
31905478    +Maria T Saldarriaga,   c/o A Child,   957 N Bronson Ave #112,   Los Angeles, CA 90068
31905480     Michael Ross,   c/o Total Management Inc,   4891 Carson Place,
              Burnaby, British Columbia, Canada V512Y6
31905444    +Michael S. Kogan, Esq,   Kogan Law Firm, APC,   1901 Ave of the Stars,   Suite 1050,
              Los Angeles, CA 90067-6036
31905443    +Michael and Vanessa Stoller,   5747 Hoback Glen Road,   Hidden Hills, CA 91302-1229
31905481    +Middleton Security Service,   c/o Stacy H Bowman,   2032 17th Street,
              Bakersfield, CA 93301-4204
31905476     Minnesota, State of,   Office of Attorney General,   445 Minnesota St. Ste 1400,
              St Paul, MN 55101-2131
31905462    +Mortgage Assistance Solutions,   c/o Byron C Lee,   24217 Mariano St,
              Woodland Hills, CA 91367-5745
32100373     NANCY J ZAMORA,   US BANK TOWER,   633 WEST SH STREET SUITE 2600,   LOS ANGELES CA  90071
32100300    +NATIONWIDE CREDIT INC,   4700 VESTAL PKY E,   VESTAL NY 13850-4750
32100331    +NICK RAIL MUSIC,   1770 ORANGE TREE LANE,   REDLANDS CA 92374-2856
32100354    +NORTHLAND GROUP INC,   PO BOX 390846,   MINNEAPOLIS MN 55439-0846
32100335    +NOW MESSENGER SERVICE SFV,   6047 TAMPA AVENUE 303,   TARZANA CA 91356-1180
31905482    +Nancy A Greenlee,   821 East Fern Drive North,   Phoenix, AZ 85014-3248
32100336    +OCEAN FINANCIAL HOLDINGS INC,   C/O LEGAL CONSULTANT SERVICES LLC,   1025 N BRAND BLVD STE 225,
              GLENDALE CA 91202-3641
32100337     PACER SERVICE CENTER,   PO BOX 277773,   ATLANTA GA  30384-7773
32100282    +PENTAGROUP FINANCIAL LLC,   PO BOX 742209,   HOUSTON TX 77274-2209
32100338    +PRIMARY CARE SPORTS MEDICINE,   5353 BALBOA BLVD STE 202,   ENCINO CA 91316-2889
32100339    +PROFESSIONAL COLLECTION,   PO BOX 45274,   LOS ANGELES CA 90045-0274
31905483     Pam Pearson,   3025 Jolley Drive,   Los Angeles, CA
31905477    +Plaza Associates,   c/o Mann Bracken LLP,   2325 Clayton Road,   Concord, CA 94520-2104
32100340    +QUILL CORPORATION,   PO BOX 37600,   PHILADELPHIA PA 19101-0600
32100366    +RICHARD BISHOP,   1650 CANOPY OAKS BLVD,   PALM HARBOR FL 34683-6161
32100365    +ROBERT HERNANDEZ,   622 E VILLA ST,   PASADENA CA 91101-1120
32100342    +ROBERT LOTTER,   6 UPPER NEWPORT PLAZA,   NEWPORT BEACH CA 92660-2629
32100343     RODALE,   PO BOX 6001,   EMMAUS PA  18098-0001
32100345    +RUSSELL BROWN CHAPTER 13 TRUSTEE,   SCOTT A LASKE ESQ STAFF ATTORNEY FOR CHA,
              3838 N CENTRAL AVE STE 800,   PHOENIX AZ 85012-1965
31905485    +Robert Katz MD,   8920 Wilshire Blvd  Ste 511,   Beverly Hills, CA 90211-1949
31905490     Robert Lotter,   Newport Beach, CA 92660
31905491    +Robertson B Cohen,   c/o Cohen & Cohen PC,   1720 S Bellaire St  #205,   Denver, CO 80222-4327
```

```
District/off: 0973-1          User: msaunders          Page 3 of 6          Date Rcvd: Dec 19, 2012
                             Form ID: b18              Total Noticed: 184

32100346      SHELL,  PO BOX 183018,   COLUMBUS OH  43218-3018
32100347     +SOPHIA STEWART,   PO BOX 31725,   LAS VEGAS NV 89173-1725
32100348     +SOUTHERN CALIFORNIA TELEPHONE CO,   27515 ENTERPRISE CIRCLE WEST,   TEMECULA CA 92590-4864
32100349      STAMPS.COM,   DEPT 0398,   PO BOX 120398,   DALLAS TX  75312-0398
32100350     +STANLEY GOLDEN DDS INC,   11777 SAN VICENTE SUITE 521,   LOS ANGELES CA 90049-5050
32100352      STATE BAR OF CALIFORNIA DISCIPLINE FEES,   180 HOWARD STREET,   SAN FRANCISCO CA  94105-1639
31905492     +Saks Fifth Avenue,   Vons Holdings LLC,   c/o Legal Recovery Offices Inc,
              5030 Camino de la Siesta  Ste 340,   San Diego, CA 92108-3118
32100344      TAKHAR COLLECTION SERVICES LTD,   537 -1623 MILITARY RD,   NIAGARA FALLS NY 14304-1745
32100355      TARZANA EMERGENCY MEDICAL ASSN,   PO BOX 660640,   ARCADIA CA 91066-0640
32100356     +THD/CBNA,   PO BOX 6497,   SIOUX FALLS SD 57117-6497
32100357     +THE ADOLESCENT CHILDRENS ORTHO SURGEONS,   5353 BALBOA BLVD STE 202,   ENCINO CA 91316-2889
32100359     +TRANSWORLD SYSTEMS INC,   2235 MERCURY WAY STE 275,   SANTA ROSA CA 95407-5463
32100360      UNITED PARCEL SERVICE,   PO BOX 894820,   LOS ANGELES CA  90189-4820
31905494     +Union Bank Cash Reserve Line of Credit,   Beverly Hills Private Banking,   PO Box 513840,
              Los Angeles, CA 90051-3840
31905495     +Union Bank Special Assets Unit,   8155 Mercury Court,   San Diego, CA 92111-1201
31905496     +Wm Gregory Polster,   c/o Daniel j Horowitz,   110 West C Street  Ste 913,
              San Diego, CA 92101-3906


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QNJZAMORA.COM Dec 20 2012 03:13:00   Nancy J Zamora (TR),   U.S. Bank Tower,
              633 West 5th Street, Suite 2600,   Los Angeles, CA 90071-2053
smg           EDI: CALTAX.COM Dec 20 2012 03:13:00   Franchise Tax Board,   Bankruptcy Section MS: A-340,
              P. O. Box 2952,   Sacramento, CA  95812-2952
cr            EDI: BL-TOYOTA.COM Dec 20 2012 03:18:00   Toyota Motor Credit Corporation,
              c/o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
32100272     +EDI: ALLIANCEONE.COM Dec 20 2012 03:18:00   ALLIANCE,   4850 STREET RD STE 300,
              TREVOSE PA 19053-6643
32100249      EDI: AMEREXPR.COM Dec 20 2012 03:13:00   AMERICAN EXPRESS,   PO BOX 0001,
              LOS ANGELES CA  90096-8000
32100253      EDI: ACCE.COM Dec 20 2012 03:13:00   ASSET ACCEPTANCE LLC,   PO BOX 1630,
              WARREN MI  48090-1630
32100286      EDI: ARSN.COM Dec 20 2012 03:13:00   ASSOCIATED RECOVERY SYSTEMS,   PO BOX 469046,
              ESCONDIDO CA  92046-9046
31905452     +EDI: AMEREXPR.COM Dec 20 2012 03:13:00   American Express,   PO Box 981537,
              El Paso, TX 79998-1537
32100258     +EDI: BANKAMER.COM Dec 20 2012 03:18:00   BANK OF AMERICA,   PO BOX 851001,
              DALLAS TX 75285-1001
32100261     +EDI: TSYS2.COM Dec 20 2012 03:18:00   BLOOMINGDALES,   PO BOX 183083,   COLUMBUS OH 43218-3083
31905458      EDI: NESF.COM Dec 20 2012 03:18:00   Bank of America Credit Card,
              c/o National Enterprise Systems,   29125 Solon Road,   Solon, OH 44139-3442
31905459      EDI: BANKAMER.COM Dec 20 2012 03:18:00   Bank of America WorldPoints,   PO Box 301200,
              Los Angeles, CA 90030-1200
32100296     +E-mail/Text: cms-bk@cms-collect.com Dec 20 2012 04:15:19   CAPITAL MANAGEMENT SERVICES LP,
              726 EXCHANGE STE 700,   BUFFALO NY 14210-1464
32100283     +E-mail/Text: cms-bk@cms-collect.com Dec 20 2012 04:15:19   CAPITAL MANAGEMENT SERVICES LP,
              726 EXCHANGE STE 740,   BUFFALO NY 14210-1485
32100269      EDI: CAPITALONE.COM Dec 20 2012 03:18:00   CAP ONE,   PO BOX 85520,   RICHMOND VA  23285
32100257     +E-mail/Text: bankruptcy@cavps.com Dec 20 2012 04:43:03   CAVALRY PORTFOLIO,
              500 SUMMIT LAKE DR STE 4A,   VALHALLA NY 10595-2323
32100275      E-mail/Text: bankruptcy@cavps.com Dec 20 2012 04:43:03   CAVALRY PORTFOLIO SERV,
              7 SKYLINE DR STE 3,   HAWTHORNE NY  10532
32100279     +EDI: CHASE.COM Dec 20 2012 03:18:00   CHASE,   PO BOX 15298,   WILMINGTON DE 19850-5298
32100281     +EDI: CHASE.COM Dec 20 2012 03:18:00   CHASE BANK USA NA,   201 N WALNUT AT//SE1-1027,
              WILMINGTON DE 19801-2901
32100280      EDI: CHASE.COM Dec 20 2012 03:18:00   CHASE BANK USA NA,   PO BOX 94014,
              PALATINE IL  60094-4014
32100284      EDI: RMSC.COM Dec 20 2012 03:18:00   CHEVRON AND TEXACO,   PO BOX 530950,
              ATLANTA GA  30353-0950
32100287     +EDI: CITICORP.COM Dec 20 2012 03:18:00   CITI-SHELL,   PO BOX 6497,   SIOUX FALLS SD 57117-6497
32100295      EDI: TSYS2.COM Dec 20 2012 03:18:00   DEPT STORE NAT1 BANK/MACYS,   PO BOX 6938,
              THE LAKES NV  88901-6938
32100299      EDI: DISCOVER.COM Dec 20 2012 03:13:00   DISCOVER CARD,   PO BOX 6103,
              CAROL STREAM IL  60197-6103
32100302     +EDI: TSYS2.COM Dec 20 2012 03:18:00   DSNB/ BLOOMINGDALES,   PO BOX 8218,   MASON OH 45040-8218
31905466     +E-mail/Text: notices@crowderlaw.com Dec 20 2012 04:15:57   Douglas A Crowder,
              350 S Figueroa St  Ste 190,   Los Angeles, CA 90071-1199
31905446      EDI: EDD.COM Dec 20 2012 03:18:00   Employment Development Department,
              Bankruptcy Group MIC 92E,   P.O. Box 826880,   Sacramento, CA 94280-0001
32100262     +EDI: TSYS2.COM Dec 20 2012 03:18:00   FDS BANK,   9111 DUKE BLVD,   MASON OH 45040-8999
31905447      EDI: CALTAX.COM Dec 20 2012 03:13:00   Franchise Tax Board,   Attention: Bankruptcy,
              P.O. Box 2952,   Sacramento, CA 95812-2952
32100267     +E-mail/Text: agutierrez@hollins-law.com Dec 20 2012 04:15:10
              HOLLINS-SCHECTHER ATTORNEYS AT LAW,   1851 EAST FIRST STREET 6TH FLR,   SANTA ANA CA 92705-4049
32100314      EDI: HFC.COM Dec 20 2012 03:18:00   HSBC CARD SERVICES,   PO BOX 17332,
              BALTIMORE MD  21297-1332
31905448      EDI: IRS.COM Dec 20 2012 03:18:00   Internal Revenue Service,   P.O. Box 21126,
              Philadelphia, PA 19114
```

```
District/off: 0973-1          User: msaunders           Page 4 of 6              Date Rcvd: Dec 19, 2012
                             Form ID: b18               Total Noticed: 184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
32100363      +EDI: RESURGENT.COM Dec 20 2012 03:18:00        LVNV FUNDING LLC,    PO BOX 10497,
               GREENVILLE SC 29603-0497
32100321      +EDI: RESURGENT.COM Dec 20 2012 03:18:00        LVNV FUNDING LLC,    PO BOX 740281,
               HOUSTON TX 77274-0281
32100325      +EDI: TSYS2.COM Dec 20 2012 03:18:00       MCYDSNB,    9111 DUKE BLVD,    MASON OH 45040-8999
32100329      +EDI: MID8.COM Dec 20 2012 03:13:00       MIDLAND CREDIT MGMT INC,    8875 AERO DR STE 200,
               SAN DIEGO CA 92123-2255
31905479       EDI: DAIMLER.COM Dec 20 2012 03:18:00        Mercedes-Benz Financial,    PO Box 9001680,
               Louisville, KY 40290-1680
32100271       E-mail/Text: bankruptcydepartment@ncogroup.com Dec 20 2012 04:39:56       NCO FINANCIAL SYSTEMS INC,
               PO BOX 15630 DEPT 61,    WILMINGTON DE  19850-5630
32100330       EDI: HFC.COM Dec 20 2012 03:18:00        NEIMAN MARCUS,    PO BOX 5235,    CAROL STREAM IL  60197-5235
32100273      +E-mail/Text: info@nelsonwatson.com Dec 20 2012 04:43:37       NELSON WATSON AND ASOCS,
               80 MERRIMACK ST LOWER LEVEL,    HAVERHIL MA 01830-5202
32100333       E-mail/Text: bnc@nordstrom.com Dec 20 2012 03:26:26       NORDSTROMS FSB,    PO BOX 79134,
               PHOENIX AZ  85062-9134
31905484       E-mail/Text: bankruptcy@pb.com Dec 20 2012 03:30:24       Pitney Bowes Purchase Power,
               PO Box 856042, Louisville, KY 40285-6042
32100351       EDI: CITICORP.COM Dec 20 2012 03:18:00        STAPLES CREDIT PLAN,    C/O CITIBANK,    PO BOX 689020,
               DES MOINES IA  50368-9020
31905493      +E-mail/Text: pdelings@sba.gov Dec 20 2012 04:12:45       Small Business Administration,
               801 Tom Martin Drive  Ste 120,    Birmingham, AL 35211-6424
32100353       EDI: WTRRNBANK.COM Dec 20 2012 03:13:00        TARGET NATIONAL BANK,    PO BOX 59317,
               MINNEAPOLIS MN  55459-0317
31905445      +E-mail/Text: USTPregion16.LA.ECF@USDOJ.GOV Dec 20 2012 04:16:02       United States Trustee,
               725 S. Figueroa St,    Suite 2600,    Los Angeles, CA 90017-5413
32100361      +EDI: AFNIVZWIRE.COM Dec 20 2012 03:13:00        VERIZON WIRELESS,    PO BOX 26055,
               MINNEAPOLIS MN 55426-0055
32100362       EDI: WFNNB.COM Dec 20 2012 03:13:00        VICTORIAS SECRET,    PO BOX 659728,
               SAN ANTONIO TX  78265-9728
32100364      +EDI: WFFC.COM Dec 20 2012 03:13:00        WELLS FARGO FINANCIAL NATIONAL BANK,
               800 WALNUT ST F4030-04C,    DES MOINES IA 50309-3891
                                                                                           TOTAL: 49


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Alden Halpern
cr             Atkinson-Baker, Inc.
intp           Courtesy NEF
aty*          +James W Bates,    Law Offices of James W Bates APC,    2418 Honolulu Ave Ste J,
               Montrose, CA 91020-1842
smg*           Employment Development Dept.,    Bankruptcy Group MIC 92E,    P. O. Box 826880,
               Sacramento, CA  94280-0001
cr*           +SOPHIA STEWART,    POB 31725,    LAS VEGAS, NV 89173-1725
32100328*     +MIDDLETON SECURITY SERVICE,    C/O STACY H BOWMAN INC,    2032 17TH STREET,
               BAKERSFIELD CA 93301-4204
31905456      ##+Audry Stoller,    5660 Collins Ave  Apt A-19,    Miami Beach, FL 33140-2457
31905457      ##Bank of America Home Loans Servicing LP,    PO Box 10287,    Van Nuys, CA 91410-0287
32100278      ##+CENTRAL FINL CONTROL,    PO BOX 66051,    ANAHEIM CA 92816-6051
32100305      ##+EDWARD TERINO,    327 SOUTH MOORPARK ROAD,    THOUSAND OAKS CA 91361-1008
32100313      ##HOUSE EAR CLINIC,    PO BOX 2470,    TEMECULA CA 92593-2470
32100318      ##+KEMPER INSURANCE UNITRIN,    KEMPER AUTO AND HOME,    PO BOX 790258,    ST LOUIS LA 63179-0258
32100341      ##+REVERE AND WALLACE LAWYERS,    900 WILSHIRE BLVD STE 730,    LOS ANGELES CA 90017-4715
32100358      ##THE HOME DEPOT,    PO BOX 6028,    THE LAKES NV  88901-6028
                                                                             TOTALS: 3, * 4, ## 8

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 21, 2012                    Signature:    _Joseph Speetjens_

District/off: 0973-1          User: msaunders          Page 6 of 6          Date Rcvd: Dec 19, 2012
                             Form ID: b18             Total Noticed: 184

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2012 at the address(es) listed below:
          Angella D Yates    on behalf of Creditor Alden Halpern ayates@buchalter.com
          Avi  Schild    on behalf of Interested Party  Courtesy NEF bk@atlasacq.com
          Gilbert B Weisman    on behalf of Creditor  Toyota Motor Credit Corporation notices@becket-lee.com
          Kristin S Webb    on behalf of Interested Party  Courtesy NEF bknotice@rcolegal.com
          Michael S Kogan    on behalf of Attorney  Kogan Law Firm, APC mkogan@koganlawfirm.com
          Nancy J Zamora (TR)    zamora3@aol.com,  nzamora@ecf.epiqsystems.com
          Patti H Bass    on behalf of Creditor  Capital One, N.A. ecf@bass-associates.com
          United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                              TOTAL: 8

B18 (Official Form 18)(12/11)

# United States Bankruptcy Court
# Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367–6603

## DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**                                        **BANKRUPTCY NO.** 1:12–bk–14347–MT
Michael T. Stoller
                                                               **CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any)** xxx–xx–6136
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 12/19/12


**JOINT DEBTOR INFORMATION:**
Vanessa Stoller


**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–8488
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Discharge Date:** 12/19/12
**Address:**
5747 Hoback Glen Road
Hidden Hills, CA 91302

---

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.



BY THE COURT,


Dated: December 19, 2012                                    **Kathleen J. Campbell**
                                                           Clerk of the Court



---

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social–security numbers or individual taxpayer–identification numbers.*



(Form b18–DIS Rev. 12/2011) VAN–30                                        64 / MSI

B18 (Official Form 18) Cont.
Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.