IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| SOPHIA STEWART, <br> Plaintiff, <br><br> vs. <br><br> MICHAEL STOLLER, et al., <br> Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION <br><br> District Judge Dee Benson <br><br> Case No. 2:07-cv-552 |

Before the court is the Report and Recommendation issued by United States Magistrate Judge Evelyn J. Furse on December 13, 2013, recommending that this court dismiss defendant Michael Stoller from this case. The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. On December 23, 2013, plaintiff filed her "Objection to Report and Recommendation."

Having conducted a thorough review of all relevant materials, including the plaintiffs' Objection to the Report and Recommendation, the record that was before the magistrate judge, and the reasoning set forth in the magistrate judge's Report and Recommendation, the court agrees with the analysis and conclusion of the magistrate judge. Specifically, the Court agrees with the magistrate judge's conclusion that Mr. Stoller's Chapter 7 discharge effectively acts as a jurisdictional bar to the continuation of Ms. Stewart's claims against him.

Accordingly, the Court ADOPTS the Report and Recommendation and issues the following Order. Defendant Michael Stoller is DISMISSED from this case.

DATED this 14th day of February, 2014.

_____
Dee Benson
United States District Judge